AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Middle District of Georgia

| United States of America | ) |
|---|---|
| v. | ) |
| KAYLA CARTER | ) Case No. 7:14-CR-48-011(HL) |
| Defendant | ) |

*[handwritten:] 1520 1211 0422 Z*
*FID# 96914608*
*USMS# 97709-020*

US MARSHALS SERVICE
MIDDLE GEORGIA
2014 DEC 11 PM 3 19

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

(name of person to be arrested)   KAYLA CARTER

who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint

☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy to Possess With Intent to Distribute Cocaine and Cocaine Base

Filed at  *10:05 A.*M.
*12/15*, 20 *14*
*WES*
Deputy Clerk, U.S. District Court
Middle District of Georgia

Date:   December 11, 2014

City and state:   Valdosta, Georgia

s/ Robin L. Walsh
*Issuing officer's signature*

Robin L. Walsh, Deputy Clerk
*Printed name and title*

---

### Return

| This warrant was received on (date)  *12/11/2014* , and the person was arrested on (date)  *12/12/2014* |
|---|
| at (city and state)  *Omega, GA* |
| Date:  *12/12/2014* |

*[signature]*
*Arresting officer's signature*

SA Jessica Cody GBI
*Printed name and title*