IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | **CASE NO.: 7:14-CR-48 (HL)** |
| v. : | |
| : | |
| **SARAH CARTER, and** : | |
| **KAYLA CARTER** : | |
| : | |

### **DECLARATION OF PUBLICATION**

In accordance with 21 U.S.C. § 853(n)(1) and Rule 32.2(b)(6)(C) of the Federal Rules of Criminal Procedure, notice of the forfeiture was posted on an official government internet site (www.forfeiture.gov) for at least 30 consecutive days, beginning on December 22, 2015, and ending on January 20, 2016.  (See Attachment 1).

I declare under penalty of perjury that the foregoing is true and correct.  Executed on April 28, 2016, at Macon, Georgia.

                                                      G.F. PETERMAN, III
                                                     ACTING UNITED STATES ATTORNEY

By:   s/Kristi A. Cote
        Asset Forfeiture Paralegal Specialist
        UNITED STATES ATTORNEY'S OFFICE
        Post Office Box 1702
        Macon, Georgia 31202-1702

## CERTIFICATE OF SERVICE

I, DANIAL E. BENNETT, Assistant United States Attorney, hereby certify that on this date, I electronically filed the within and foregoing **Declaration of Publication** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Kimberly L. Copeland, Esq., at:
kim12cope@aol.com
Attorney for Sarah Carter

Oliver R. Register, Esq., at:
orray1@bellsouth.net
Attorney for Defendant Kayla Carter

DATED, this 28th day of April, 2016.

        G.F. PETERMAN, III
        ACTING UNITED STATES ATTORNEY

By:   s/DANIAL E. BENNETT
      ASSISTANT UNITED STATES ATTORNEY
      GEORGIA STATE BAR NO.   052683
      UNITED STATES ATTORNEY'S OFFICE
      Post Office Box 1702
      Macon, Georgia 31202-1702
      Telephone: (478) 752-3511
      Facsimile: (478) 621-2712

**UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA, VALDOSTA DIVISION**
**COURT CASE NUMBER: 7:14-CR-48 (HL); NOTICE OF FORFEITURE**

Notice is hereby given that on November 16, 2015, in the case of <u>U.S. v. Sarah Carter and Kayla Carter</u>, Court Case Number 7:14-CR-48 (HL), the United States District Court for the Middle District of Georgia entered an Order condemning and forfeiting the following property to the United States of America:

6147 Futch Road, Hahira, Georgia (15-DEA-607417) Parcel # LL 507/Lot 2

The United States hereby gives notice of its intent to dispose of the forfeited property in such manner as the United States Attorney General may direct.  Any person, other than the defendant(s) in this case, claiming interest in the forfeited property must file a Petition within 60 days of the first date of publication (December 22, 2015) of this Notice on this official government internet web site, pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure and 21 U.S.C. § 853(n)(1). The petition must be filed with the Clerk of the Court, United States District Court, Middle District of Georgia, 401 N. Patterson Street, Suite 212, Post Office Box 68, Valdosta, GA  31601, and a copy served upon Assistant United States Attorney Danial E. Bennett, Post Office Box 1702, Macon, GA  31202-1702. The petition shall be signed by the petitioner under penalty of perjury and shall set forth the nature and extent of the petitioner's right, title or interest in the forfeited property, the time and circumstances of the petitioner's acquisition of the right, title and interest in the forfeited property and any additional facts supporting the petitioner's claim and the relief sought, pursuant to 21 U.S.C. § 853(n).

Following the Court's disposition of all petitions filed, or if no such petitions are filed, following the expiration of the period specified above for the filing of such petitions, the United States shall have clear title to the property and may warrant good title to any subsequent purchaser or transferee.



## Advertisement Certification Report

The Notice of Publication was available on the www.forfeiture.gov web site for at least 18 hours per day between December 22, 2015 and January 20, 2016. Below is a summary report that identifies the uptime for each day within the publication period and reports the results of the web monitoring system's daily check that verifies that the advertisement was available each day.

U.S. v. Sarah Carter and Kayla Carter

**Court Case No:** 7:14-CR-48 (HL)
**For Asset ID(s):** See Attached Advertisement Copy

| Consecutive Calendar Day Count | Date Advertisement Appeared on the Web Site | Total Hours Web Site was Available during Calendar Day | Verification that Advertisement existed on Web Site |
|---|---|---|---|
| 1 | 12/22/2015 | 24.0 | Verified |
| 2 | 12/23/2015 | 24.0 | Verified |
| 3 | 12/24/2015 | 24.0 | Verified |
| 4 | 12/25/2015 | 23.9 | Verified |
| 5 | 12/26/2015 | 24.0 | Verified |
| 6 | 12/27/2015 | 24.0 | Verified |
| 7 | 12/28/2015 | 24.0 | Verified |
| 8 | 12/29/2015 | 24.0 | Verified |
| 9 | 12/30/2015 | 24.0 | Verified |
| 10 | 12/31/2015 | 24.0 | Verified |
| 11 | 01/01/2016 | 24.0 | Verified |
| 12 | 01/02/2016 | 24.0 | Verified |
| 13 | 01/03/2016 | 24.0 | Verified |
| 14 | 01/04/2016 | 24.0 | Verified |
| 15 | 01/05/2016 | 24.0 | Verified |
| 16 | 01/06/2016 | 24.0 | Verified |
| 17 | 01/07/2016 | 24.0 | Verified |
| 18 | 01/08/2016 | 24.0 | Verified |
| 19 | 01/09/2016 | 24.0 | Verified |
| 20 | 01/10/2016 | 24.0 | Verified |
| 21 | 01/11/2016 | 24.0 | Verified |
| 22 | 01/12/2016 | 24.0 | Verified |
| 23 | 01/13/2016 | 24.0 | Verified |
| 24 | 01/14/2016 | 24.0 | Verified |
| 25 | 01/15/2016 | 24.0 | Verified |
| 26 | 01/16/2016 | 24.0 | Verified |
| 27 | 01/17/2016 | 24.0 | Verified |
| 28 | 01/18/2016 | 24.0 | Verified |
| 29 | 01/19/2016 | 24.0 | Verified |
| 30 | 01/20/2016 | 24.0 | Verified |

Additional log information is available and kept in the archives for 15 years after the asset has been disposed.